Prob 12 (10/09)
VAE (rev. 5/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Jose F. Paz　　　　　　　　　　　　　　Docket No. 1:16-PO-2799

### Petition on Probation

COMES NOW Kenneth G. Orsino, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jose F. Paz, who was placed on supervision by the Honorable John F. Anderson, United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 1st day of December, 2016, who fixed the period of supervision at eighteen (18) months, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Returnable Date:** July 11, 2017  10:00 am

| ORDER OF COURT | |
|---|---|
| Considered and ordered this 27th day of June, 2017 and ordered filed and made a part of the records in the above case. /s/ JFA<br>John F. Anderson<br>United States Magistrate Judge<br><br>John F. Anderson<br>United States Magistrate Judge | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on June 27, 2017<br><br>Kenneth G. Orsino<br>2017.06.27 09:05:42 -04'00'<br><br>Kenneth G. Orsino<br>U.S. Probation Officer<br>(703) 366-2109<br><br>Place Manassas, Virginia |

TO CLERK'S OFFICE

**Petition on Probation**
Page 2
RE: Paz, Jose F.

OFFENSE: Driving Under the Influence, in violation of Title 32 CFR 234.17(c)(1)(i)

SENTENCE: Eighteen (18) months supervised probation with the following special conditions: 1) the defendant shall participate in and successfully complete an Alcohol Safety Action Program or other alcohol treatment program as deemed appropriate by the probation office; 2) the defendant may not operate a motor vehicle anywhere in the United States without a valid license. If the defendant obtains a valid license, the defendant may not operate a motor vehicle anywhere in the United States during the period of probation except (a) to and from work, as incident to or required by work, (b) to and from court, the probation office, and alcohol treatment program, and (c) to and from NA/AA meetings as approved by the probation officer, and (d) to and from place of confinement; 3) the defendant shall serve a period of five (5) days incarceration with the Bureau of Prisons, which may be served on weekends or other intermittent times as deemed appropriate by the probation office; 4) the defendant may not operate a motor vehicle unless it is equipped with an alcohol-detecting ignition interlock system approved by the probation officer; and 5) the defendant shall pay a $200.00 fine, $30.00 processing fee, and a $10.00 special assessment as to 6495884 to be paid by March 1, 2017.

PROBATION VIOLATION: On June 7, 2017, a letter was sent to Your Honor recommending no action be taken after the defendant submitted a urine screen on May 18, 2017, that tested positive for Heroin, and he failed to pay his fine, processing fee, and special assessment by March 1, 2017. Your Honor agreed with this recommendation on June 7, 2017.

ADJUSTMENT TO SUPERVISION: The defendant has been cooperative and has appeared for his scheduled appointments. Mr. Paz has a stable residence at his parents' residence but has requested permission to relocate to Maryland to reside with his girlfriend. The defendant also has maintained steady employment. Mr. Paz completed his five-day jail sentence on March 11, 2017, and paid his monetary penalties in full on June 21, 2017. The defendant is also currently enrolled in the Bull Run Alcohol Safety Action Program. The defendant's license is suspended, and he reported he does not operate a motor vehicle. A recent record check was negative for any new law violations.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**CONDITION 7:** **USE OF OXYCODONE AND MORPHINE.**

On June 16, 2017, the defendant submitted a urine specimen that tested positive for opiates. This officer spoke to the defendant on June 21, 2017, and he admitted to using oxycodone on June 14, 2017 and on June 18, 2017. However, the urine screen was confirmed positive for morphine on June 26, 2017, by Alere Toxicology in Richmond, Virginia.

KGO/iyh